IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TORRIANO WALPOOL, ID # 02075250,  )<br>   Petitioner,       )<br>vs.               )<br>                )<br>LORIE DAVIS, Director,      )<br>Texas Department of Criminal    )<br>Justice, Correctional Institutions Division, )<br>   Respondent.       ) | No. 3:18-CV-2886-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, this action for an extension of time to file a federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction unless by December 17, 2018, the petitioner submits a habeas petition on the appropriate form *and* either files a motion to proceed *in forma pauperis* or pays the $5 filing fee. If the petitioner timely files a petition, the action will be allowed to proceed on the petition, but will still be subject to limitations under 28 U.S.C. § 2244(d)(1).

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c) and after considering the record in this case and the recommendation of the Magistrate Judge, the Court **DENIES** the petitioner a Certificate of Appealability. The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation filed in this case in support of its

finding that the movant has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

In the event that the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SIGNED this 30th day of November, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE